**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S. SEANAH DIXON,<br><br>　　Plaintiff<br><br>v.<br><br>STACY BARRETT, et al.,<br><br>　　Defendants | Case No.: 2:22-cv-01412-APG-DJA<br><br>**Order** |

　　I ORDER that by September 19, 2022, the Attorney General's Office shall advise the Court whether it will enter a limited notice of appearance on behalf of the defendants only for purposes of responding to the motion for temporary restraining order.  Additionally, based on the nature of the allegations, the defendants shall have until September 23, 2022 to file their response to plaintiff S. Seanah Dixon's motion for temporary restraining order (ECF No. 1-2). The defendants' response to the motion shall not constitute acceptance of service for any defendant or a waiver of any defenses.

　　I FURTHER ORDER that Dixon has until September 30, 2022 to file a reply.

　　DATED this 12th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE