**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| S. SEANAH DIXON, | Case No.: 2:22-cv-01412-APG-DJA |
| Plaintiff | **Order** |
| v. | [ECF No. 12-2] |
| STACY BARRETT, et al., | |
| Defendants | |

I ORDER that plaintiff Seanah Dixon's motion to extend time to file a reply **(ECF No. 12-2) is GRANTED**. Dixon shall have until October 17, 2022 to file a reply in support of the motion for temporary restraining order.

DATED this 29th day of September, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE