# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON, | Case No.:  2:22-cv-01412-APG-DJA |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | (ECF No. 17) |
| STACY BARRETT, et al., | |
| Defendants | |

I ORDER that the plaintiff's motion to extend time **(ECF No. 17) is GRANTED.** Plaintiff S. Seanah Dixon has until October 24, 2022 to file a reply to her motion for preliminary injunction.

DATED this 13th day of October, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE