# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| S. Seanah Dixon,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Stacy Barrett, et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01412-APG-DJA<br><br>**Order** |

Before the Court is *pro se* Plaintiff S. Seanah Dixon's motion to place her case on the normal litigation track and direct service. (ECF No. 32). However, Plaintiff's motion is premature. Plaintiff asks that the Court place her case on the normal litigation track because early inmate mediation was unsuccessful and for the Court to order service on the defendants. But the case is already proceeding on the normal litigation track. (ECF No. 30 at 1) ("[t]his case will proceed onto the normal litigation track because the parties did not reach a settlement at mediation."). And the Attorney General's office has until February 14, 2023 to file notice indicating whether it will accept service for defendants or file the last known addresses of defendants for whom it will not accept service. (*Id.* at 2) (providing that the Attorney General's office has twenty-one days from January 24, 2023 to file a notice indicating the defendants for whom it will accept service and those for whom it will not).

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 32) is **denied without prejudice as premature.**

DATED: February 7, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE