# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON, | Case No.: 2:22-cv-01412-APG-DJA |
| Plaintiff | **Order** |
| v. | [ECF Nos. 52, 60] |
| STACY BARRETT, *et al.*, | |
| Defendants | |

Plaintiff S. Seanah Dixon filed this pro se lawsuit alleging retaliation and deliberate indifference to her serious medical needs against several employees of the Nevada Department of Corrections (NDOC). ECF No.1-1. She alleges that she recently suffered a stroke and a heart attack while in custody and now moves for emergency injunctive relief on a variety of grounds related to her medical care. ECF Nos. 52, 56, 60. The Attorney General's Office, which represents several of the defendants, responded that Dixon failed to file points and authorities with her motions and failed to identify who is causing the delays in her care. ECF Nos. 59 at 2; 66 at 3. But Dixon alleges a failure to treat or follow up on life-threatening conditions, and the defendants' response does not adequately address those issues. Given the nature of her allegations, I direct the Attorney General's Office to substantively respond to the motions.

I THEREFORE ORDER the defendants to file a supplemental response to Dixon's allegations by **June 30, 2023**.

I FURTHER ORDER that if Dixon chooses to file a reply, she will do so by **July 14, 2023**.

DATED this 21s day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE