# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Seanah J. Dixon,<br><br>    Plaintiff,<br><br>v.<br><br>Stacy Barrett, et al.,<br><br>    Defendants. | Case No. 2:22-cv-01412-APG-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion for a copy of the docket in this case. (ECF No. 67). Plaintiff explains that certain portions of her file were lost or mixed up. She explains that, in order to determine what portions of her file are missing, she needs a copy of her docket sheet. The Court will grant Plaintiff's request as a one-time courtesy.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for a copy of the docket sheet (ECF No. 67) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **mail** Plaintiff a copy of the docket sheet in this case.

DATED: June 23, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE