# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>    Plaintiff<br><br>v.<br><br>STACY BARRETT, *et al.*,<br><br>    Defendants | Case No.: 2:22-cv-01412-APG-DJA<br><br>**Order**<br><br>[ECF No. 70] |

Plaintiff S. Seanah Dixon filed an emergency memorandum in support of her motion for emergency injunctive relief. ECF No. 70. I ORDER the Attorney General's Office to address the arguments set forth in the memorandum in its supplemental response due **June 30, 2023**.

DATED this 26th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE