# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

S. SEANAH DIXON,

    Plaintiff

v.

STACY BARRETT, et al.,

    Defendants

Case No.: 2:22-cv-01412-APG-DJA

**Order**

[ECF No. 100]

    I ORDER that plaintiff S. Seanah Dixon's motion to extend time **(ECF No. 100) is GRANTED**.  The deadline to file a reply to the motion for preliminary injunction is extended to September 6, 2023.

    DATED this 16th day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE