UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| S. SEANAH DIXON, | Case No.: 2:22-cv-01412-APG-DJA |
|---|---|
| Plaintiff | **Order** |
| v. | |
| STACY BARRETT, *et al.*, | |
| Defendants | |

The defendants' response to plaintiff S. Seanah Dixon's motion for emergency oral hearing (ECF No. 114) is due October 3, 2023.  In the motion, Dixon asserts that one of the two medical appointments that the defendants previously represented had taken place did not actually occur and instead was cancelled. ECF No. 114 at 4.  The defendants' forthcoming response must address this contention, including proof that Dixon saw a doctor at the second appointment as opposed to proof that she was scheduled to be transported or was transported on that date.  That proof might include a doctor's report or records from the doctor's office confirming Dixon actually saw the doctor.

DATED this 26th day of September, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE