**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| S. Seanah Dixon,<br><br>                    Plaintiff,<br><br>v.<br><br>Stacy Barrett, et al.,<br><br>                    Defendants. | 2:22-cv-01412-APG-DJA<br><br>**ORDER OF APPOINTMENT OF COUNSEL** |

    This case was referred to the *Pro Bono* Program ("Program") adopted in the Second Amended General Order 2019-07 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Attorney John Bailey, Esq., is hereby appointed as counsel for Plaintiff S. Seanah Dixon. The scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision. Accordingly,

    IT IS HEREBY ORDERED that John Bailey, Esq. is hereby appointed as *pro bono* counsel for Plaintiff S. Seanah Dixon pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program.

    IT IS FURTHER ORDERED that John Bailey, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

    IT IS FURTHER ORDERED that the Clerk of Court assign a PROBONO case flag and add John Bailey, Esq. to the docket as counsel of record for Plaintiff.

    IT IS FURTHER ORDERED that John Bailey, Esq. will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion of legal services, John Bailey, Esq. must submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED: November 28, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE