1  JOHN R. BAILEY
   Nevada Bar No. 0137
2  TAYLER D. BINGHAM
   Nevada Bar No. 15870
3  BRENNA C. IRVING
   Nevada Bar No. 16552
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
6  Facsimile:  702.562.8821
   JBailey@BaileyKennedy.com
7  TBingham@BaileyKennedy.com
   BIrving@BaileyKennedy.com
8
   *Attorneys for Plaintiff*
9  *S. Seanah Dixon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| S. SEANAH DIXON,<br><br>                          Plaintiff,<br><br>          vs.<br><br>STACY BARRETT, et al.,<br><br>                          Defendants. | Case No.  2:22-cv-01412-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF [140] PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND [141] EMERGENCY MOTION FOR PRELIMINARY INJUNCTION (FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff S. Seanah Dixon and Defendants Robert Ashcraft, Stacy Barrett, Wilson Bernales, Samuel Emil, Javier Garcia, Benito Gutierrez, Sandra Gobler, Robert Jarrett, Calvin Johnson, Edgar Lopez-Maya, Jose Martinez, Justin McRoberts, Michael Minev, William Oblak, Dean Ontiveros, Ellery Rayford, David Rivas, Glenda Stewart, Roberto Valle, and Fred Zabel (collectively, "Defendants"), by and through their counsel of record, do hereby stipulate and agree as follows:

1.      On November 16, 2023, Dixon filed, pro se, her Emergency Motion for Temporary Restraining Order [ECF No. 140] and her Emergency Motion for Preliminary Injunction [ECF No. 141] (the "Motions").

/ / /

2.      On November 30, 2023, Defendants filed their Responses to the Motions [ECF Nos. 145, 146].

3.      Dixon presently has until December 7, 2023, to file replies in support of the Motions.

4.      Given the Court's recent appointment of Bailey❖Kennedy as pro bono counsel in the case (after the Motions and Responses had already been filed); the need to communicate effectively with Dixon regarding the Motions (which is complicated by the fact that she is in prison); and the need to adequately review the file, the Motions, and Responses; the parties hereby stipulate and agree that Dixon's replies in support of the Motions will be extended from December 7, 2023, to January 11, 2024.

5.      This is the first stipulation for an extension of time to file the replies in support of the Motions.  This stipulation is made in good faith and not to delay the proceedings.

DATED this 7th day of December, 2023.

BAILEY❖KENNEDY

By: /s/ Brenna C. Irving
    JOHN R. BAILEY
    TAYLER D. BINGHAM
    BRENNA C. IRVING

*Attorneys for Plaintiff*
*S. Seanah Dixon*

DATED this 7th day of December, 2023.

OFFICE OF THE ATTORNEY GENERAL

By: /s/ Douglas R. Rands
    DOUGLAS R. RANDS

*Attorneys for Defendants*
*Robert Ashcraft, Stacy Barrett, Wilson Bernales, Samuel Emil, Javier Garcia, Benito Gutierrez, Sandra Gobler, Robert Jarrett, Calvin Johnson, Edgar Lopez-Maya, Jose Martinez, Justin McRoberts, Michael Minev, William Oblak, Dean Ontiveros, Ellery Rayford, David Rivas, Glenda Stewart, Roberto Valle, and Fred Zabel*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 8, 2023

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820