JOHN R. BAILEY
Nevada Bar No. 0137
TAYLER D. BINGHAM
Nevada Bar No. 15870
BRENNA C. IRVING
Nevada Bar No. 16552
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
TBingham@BaileyKennedy.com
BIrving@BaileyKennedy.com

*Attorneys for Plaintiff*
*S. Seanah Dixon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>                Plaintiff,<br><br>vs.<br><br>STACY BARRETT, et al.,<br><br>                Defendants. | Case No. 2:22-cv-01412-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF [140] PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND [141] EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1, Plaintiff S. Seanah Dixon and Defendants Stacy Barrett, Robert Ashcraft, Wilson Bernales, Samuel Emil, Javier Garcia, Benito Gutierrez, Sandra Gobler, Robert Jarrett, Calvin Johnson, Edgar Lopez-Maya, Jose Martinez, Justin McRoberts, Michael Minev, William Oblak, Dean Ontiveros, Ellery Rayford, David Rivas, Glenda Stewart, Roberto Valle, and Fred Zabel (collectively, "Defendants"), by and through their counsel of record, do hereby stipulate and agree as follows:

    1.    On November 16, 2023, Dixon filed, pro se, her Emergency Motion for Temporary Restraining Order [ECF No. 140] and her Emergency Motion for Preliminary Injunction [ECF No. 141] (the "Motions").

2. On November 30, 2023, Defendants filed their Responses to the Motions [ECF Nos. 145, 146].

3. On December 7, 2023, the Parties filed a Stipulation and Order to Extend Plaintiff's time to file Replies in Support of the Motions.

4. Dixon presently has until January 11, 2024, to file Replies in Support of the Motions.

5. Given the Court's recent appointment of Bailey❖Kennedy as pro bono counsel in the case (after the Motions and Responses had already been filed); the need to communicate effectively with Dixon regarding the Motions (which is complicated by the fact that she is in prison); and the need to adequately review the file, the Motions, and Responses; the parties hereby stipulate and agree that Dixon's Replies in Support of the Motions will be extended from January 11, 2024, to February 12, 2024[1].

6. This is the second stipulation for an extension of time to file the Replies in Support of the Motions. This stipulation is made in good faith and not to delay the proceedings.

DATED this 9th day of January, 2024.

BAILEY❖KENNEDY

By: /s/ *Tayler D. Bingham*
    JOHN R. BAILEY
    TAYLER D. BINGHAM
    BRENNA C. IRVING

*Attorneys for Plaintiff*
*S. Seanah Dixon*

DATED this 9th day of January, 2024.

OFFICE OF THE ATTORNEY GENERAL

By: /s/ *Douglas R. Rands*
    DOUGLAS R. RANDS

*Attorneys for Defendants*
*Robert Ashcraft, Stacy Barrett, Wilson Bernales, Samuel Emil, Javier Garcia, Benito Gutierrez, Sandra Gobler, Robert Jarrett, Calvin Johnson, Edgar Lopez-Maya, Jose Martinez, Justin McRoberts, Michael Minev, William Oblak, Dean Ontiveros, Ellery Rayford, David Rivas, Glenda Stewart, Roberto Valle, and Fred Zabel*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2024

---

[1] Thirty days from Thursday, January 11, 2024, is Saturday, February 10, 2024. Monday, February 12, 2024, is the next judicial day.