# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>    Plaintiff<br><br>v.<br><br>STACY BARRETT, *et al.*,<br><br>    Defendants | Case No.: 2:22-cv-01412-APG-DJA<br><br>**Order Granting Motion to Seal**<br><br>[ECF No. 147] |

I ORDER that the defendants' motion to seal **(ECF No. 147) is GRANTED**.

DATED this 26th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE