UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>　　Plaintiff<br><br>v.<br><br>STACY BARRETT, et al.,<br><br>　　Defendants | Case No.: 2:22-cv-01412-APG-DJA<br><br>**Order** |

The proposed joint pretrial order is overdue. ECF No. 175 at 3.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by January 10, 2025.

DATED this 11th day of December, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE