AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendants
Robert Ashcraft, Stacy Barrett,
Wilson Bernales, Samuel Emil,
Javier Garcia, Benito Gutierrez,
Sandra Gobler, Robert Jarrett,
Calvin Johnson, Edgar Lopez-Maya,
Jose Martinez, Justin McRoberts,
Michael Minev, William Oblak,
Dean Ontiveros, Ellery Rayford,
David Rivas, Steven Salkoff,
Glenda Stewart, Roberto Valle, and Fred Zabel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| S. SEANAH DIXON,<br><br>        Plaintiff,<br><br>vs.<br><br>STACY BARRETT, et al.,<br><br>        Defendants. | Case No. 2:22-CV-01412-APG-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff, S. Seanah Dixon, by and through counsel, Bailey Kennedy, and Tayler D. Bingham, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 11th day of March, 2025.      DATED this 10th day of March, 2025.

BAILEY KENNEDY                             AARON D. FORD
                                                                                       Attorney General

By: */s/ Tayler D. Bingham*                 By: */s/Douglas R. Rands*
    TAYLER D. BINGHAM                    DOUGLAS R. RANDS, Bar No. 3572
    Nevada Bar No. 15870                     Senior Deputy Attorney General
    *Attorneys for Plaintiff*                          *Attorneys for Defendants*

IT IS SO ORDERED:

Dated: March 12, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE